UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Paul Norris,                     )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )    Civil Action No. 07-1913
                                         )
Dora Schriro *et al.*,                   )
                                         )
            Defendants.                  )

## ORDER

Plaintiff moves to amend the complaint, which was dismissed without prejudice by Order filed October 24, 2007, pursuant to Fed. R. Civ. P. 8(a). The only clear change from the dismissed complaint is the removal of Arizona Department of Corrections Director Dora Schriro as a party-defendant. Mot. ¶ 1. Otherwise, the motion and attachments provide no more notice of claim than did the dismissed complaint. Allowing the amendment therefore would be futile. Accordingly, it is this 27th day of January 2008,

ORDERED that plaintiff's motion to amend the complaint [Dkt. No. 6], which is construed also as a motion pursuant to Fed. R. Civ. P. 60(b) for relief from the dismissal order, is DENIED.

_____
United States District Judge

Date: January 29, 2008

N                                                                    7